## COREY TURNER *v.* STATE OF CONNECTICUT
## (AC 34012)

Lavine, Alvord and Bear, Js.

Argued March 20—officially released April 10, 2012

Per Curiam. The judgment is affirmed.